UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
CIVIL MINUTES—
GENERAL

| Case No. | 5:24-cv-01683-SSS-DTBx | Date | December 4, 2024 |
|---|---|---|---|
| Title | *Christopher D. Sawyer v. Riverside County, et al.* | | |

Present: The Honorable    SUNSHINE S. SYKES, UNITED STATES DISTRICT JUDGE

| Irene Vazquez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| None Present | None Present |

**Proceedings:    (IN CHAMBERS) ORDER TO SHOW CAUSE WHY THE CASE SHOULD NOT BE DISMISSED**

The Court previously granted the parties' Joint Stipulation for Leave to File First Amended Complaint.  [Dkt. 32].  The Courts prior order required that Plaintiffs file the First Amended Complaint no more than 14 days after the Court's approval of the stipulation.  [*See id*].  As of the date of this Order, the parties have failed to file a First Amended Complaint and the deadline has long since passed.  Accordingly, the parties are hereby **ORDERED** to show cause why this case should not be dismissed for failure to file a First Amended Complaint.

The parties are ordered to submit a response to this Order by **December 16, 2024**.

**IT IS SO ORDERED.**